# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALISON N. LEARY and TIMOTHY M. LEARY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCGOWEN ENTERPRISES, INC.,<br><br>Defendant. | Civil Action<br><br>No. 2:17-CV-02070-BMS |

### PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT

Plaintiffs Alison N. Leary and Timothy M. Leary ("Plaintiffs), having negotiated a Settlement Agreement on behalf of themselves and a nationwide Class with Defendant McGowen Enterprises, Inc. ("MEI" or "Defendant"), and having obtained an Order from this Court granting Preliminary Approval of the Class Settlement, hereby move this Court for an Order Granting Final Approval of Class Settlement. Good cause exists for granting this Motion, as the parties have complied with all the conditions and requirements of the Preliminary Approval Order and as the Settlement Agreement is, in all respects, fair reasonable and adequate. Notice has been provided to Class Members in the form and manner set forth in the Settlement Agreement and approved by the Court.

In conjunction with final approval of the Settlement, Plaintiffs also seek an order making the Court's prior certification of the Settlement Class non-provisional and the appointment of the Class Representatives and Class Counsel non-conditional. Finally, pursuant to Plaintiffs' separate

Unopposed Motion for an Award of Reasonable Attorneys' Fees, Costs and Payment of a Service Award (ECF No. 51), filed on June 15, 2018, Plaintiffs also request that the amounts requested therein be approved and incorporated in the Final Approval Order submitted herewith.

This motion is based on this Notice of Motion, the accompanying Memorandum of Law in support of the motion, the Declarations and Exhibits filed herewith, all other papers and pleadings filed in this action and any argument presented at the hearing on the motion. For the reasons stated therein, Plaintiffs respectfully request that this Court grant this motion and approve the Class Settlement.

Dated: September 25th, 2018               Respectfully submitted,

*/s/ Mark T. Johnson*
Mark T. Johnson (*Pro Hac Vice*)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
mjohnson@schneiderwallace.com

Gary F. Lynch (PA ID # 56887)
Todd D. Carpenter *(Pro Hac Vice)*
Edwin J. Kilpela, Jr. *(Pro Hac Vice)*
CARLSON LYNCH SWEET
KIPELA CARPENTER
1133 Penn Ave., 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (619) 756-6994
Facsimile: (619) 756-6991
glynch@carlsonlynch.com
tcarpenter@carlsonlynch.com
ekilpela@carslonlynch.com

Michael K. Yarnoff *(Pro Hac Vice)*
KEHOE LAW FIRM
1500 JFK Blvd., Suite 1020
Philadelphia, Pennsylvania 19102
Telephone: (215) 792-6676

Facsimile: (215) 990-0701
myarnoff@kehoelawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2018, I caused the foregoing document to be filed electronically with the Clerk of the court using the Court's CM/ECF system, which served a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

DATED this 25th day of September, 2018

By:   */s/ Kelle J. Winter*
    Kelle J. Winter